IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD D. MILLER, JR.,** | CIV S-07-2609 FCD JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE S. EVANS, Warden,** | |
| Respondent. | |

Respondent has requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including April 9, 2008, in which to file a response to the petition for writ of habeas corpus.

DATED: March 14, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; mill2609.eot

1